**LawHQ, LLC**
Michael Zhang (Oregon Bar #185180)
Rebecca Evans (PHV Utah Bar #16846)
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 285-1090 ext. 30007
michaelzhang@lawhq.com
rebecca@lawhq.com

*Attorneys for Plaintiffs listed below*

KEVIN H. KONO, OSB #023528
ASHLEE AGUIAR, OSB #171940
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
kevinkono@dwt.com
ashleeaguiar@dwt.com

Kristin E. Haule (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
KHaule@manatt.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| **ADAM PEARSON**, et al,<br><br>        Plaintiffs,<br><br>v.<br><br>**PORCH.COM INC.,** a Delaware corporation; **GOSMITH INC.** a Delaware corporation; **MATTHEW** | Civil Case No.: 3:20-cv-00697-JR<br><br>**STIPULATED JUDGMENT OF DISMISSAL**<br><br>Judge Jolie A. Russo |

- 2 -

| | |
|---|---|
| **EHRLICHMAN,** CEO and co-founder of Porch.com Inc. and CEO of GoSmith, Inc., in his individual capacity; **BRENTON MARRELLI**, CEO and co-founder of GoSmith Inc., in his individual capacity; and **DARWIN WIDJAJA,** CTO and co-founder of GoSmith Inc. and VP of Porch.com Inc., in his individual capacity,<br><br>            Defendants. | |

The Parties have stipulated and agreed to consolidate this and other related matters by amending the complaint in *Dawson et al v. Porch.com Inc. et* al., Case No. 2:20-cv-00604 (W.D. Wash.), to include the Plaintiffs and their claims against the Defendants in this matter. Pursuant to the Order granting the parties' stipulated motion to amend the complaint in *Dawson* (see ECF 35 (Nov. 24, 2020)), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily agree to dismiss all claims filed in this matter against Defendants Porch.com Inc., GoSmith Inc., Matthew Ehrlichman, Brenton Marrelli, and Darwin Widjaja without prejudice.

Based on the stipulation of the Parties, it is hereby

ORDERED AND ADJUDGED that this case is dismissed without prejudice and without fees or costs to any party.

DATED this ___4th___ day of January, 2021.

                              /s/ Jolie A. Russo
                              Hon. Jolie A. Russo
                              U.S. Magistrate Judge

- 3 -

**IT IS SO STIPULATED:**

For Plaintiffs: November 30, 2020

/s/ *Rebecca Evans*
Rebecca Evans (PHV, UT #16846)
/s/ *Michael Zhang*
Michael Zhang (Oregon Bar #185180)

**LawHQ, LLC**
299 S. Main St. #1300
Salt Lake City, UT 84111
Phone: (385) 233-6612 ext. 3152
Email: rebecca@lawhq.com
Email: michael.zhang@lawhq.com
*Attorneys for Plaintiffs*

For Defendants: December 30, 2020

/s/   *Ashlee Aguiar*
Kevin H. Kono, OSB #023528
Ashlee Aguiar, OSB # 171940
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299
kevinkono@dwt.com

/s/   *Kristin E. Haule*
Kristin E. Haule (*pro hac vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
2049 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
KHaule@manatt.com

*Attorneys for Defendants Porch.com Inc., GoSmith Inc., Matthew Ehrlichman, Brenton Marrelli, and Darwin Widjaja*

- 3 -
Stipulated Judgment of Dismissal

## List of Plaintiffs:

| | | | |
|---|---|---|---|
| David Abel | Robert Fischer | Jodie Ioman | Stephen Richardson |
| Haytham Abukhalil | Jeremy Foster | Richard Lowes | Chrystal Richie |
| Oscar Alfaro | Vaughn Foulger | Nichole Lynott | Shawn Robbins |
| Cyril Allen | Salvador Franco | Eddie Maciel | Tyler Roth |
| Mark Anderson | Michael Fulmer | Nathan Marchese | Scott Rue |
| Tommy Anderson | Tyler FuQua | Michael Marton | Michael Ryan |
| Ed Andrilenas | Chris Gabin | Robert Mathewson | Edward Salan |
| Samuel Antonovich | Holly Garner | Lillian McDonald | Jeffrey Schich |
| Mike Bahr | Cody Garrett | Kenneth McPherson | Cody Schneider |
| John Ballard | Matt Gibbons | Wess Meader | John Sciarra |
| Mary Barker | William Gooch | Justin Meier | David Servatius |
| Jim Bartlett | Matt Goodenough | Liz Meraz | Stephen Shadwick |
| Christopher Bass | Morgan Griffin | Brian Mersereau | Scot Shaw |
| Matthew Beckman | Jody Gutierrez | Chris Michael | Chris Sheehan |
| Paul Bennett | Brian Hammers | Jay Miller | Svetlana Shewaye |
| Rick Bigham | J. Andy Hardwick | Ryan Milly | Shawn Shore |
| Heather Boyd | Danny Hart | Michael Moon | Joshua Simonson |
| Michael Campbell | Sherene Hazah | Kellen Moore | Shane Skyler |
| Amiee Cannon | Matthew Henry | Todd Morgan | Claude Slate |
| Saul Carrasco | Travis Hill | David Morse | Allen Soule |
| Nikki Chartier | LeRoy Hippe | Daniel Neaga | Edward Spielgelberg |
| Jay Cram | Randy Howard | Rodney Ohlinger | Nick Squires |
| Mike Darling | Cory Huntsman | Darren Orange | LaShanette Starks |
| Jesse Debartolo | Brendan Hutchins | Shane Ormsbee | Dan Stephenson |
| Frank Deese | Mark Jacobs | Evan Ortiz | Chris Sutton |
| Nicholas DiGiuseppe | Ray Johnisee | Phillips Owens | Brandon Thompson |
| Gregory Douglas | Keith Johnson | Erik Paavola | Oron Tipton |
| Michael Doyle | Joshua Johnson | Adam Pearson | Ryan Tweed |
| Russell Dregne | DeWayne Kelly | David Perez | Terrie Vaden |
| Rachel Dunn | Julia Kharitonenko | Shane Petersen | Robert VanderKloot |
| Kelly Dunnagan | Vivian Knezevich | Nathan Pool | Sheldon Virgin |
| Jamus Duran | Jason Kotar | Jack Rabin | Nicole Wade |
| Matt Enos | Irma Lainez | Nancy Ramirez | Brandon Weichers |
| Jim Evangelista | Lance Lane | Gary Ray | Justin Wilks |
| William Fargo | Christopher Lang | Emily Refi | Nathan Wismer |
| Eddy Farris | Carlos Ledesma | Tim Reid | Pavel Yashin |
| Billy Ferguson | Max Lewis | Keith Reynolds | Amy Yates |
| Kaileb Finley | Steve Locke | TJ Rhodes | Eliashib Zwonitzer |
| James Finnell | Peter Loda | Aaron Ribble | |